UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20077-CR-KING

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RAMOS SANTOS,

      Defendant.

_____/

## ORDER SETTING TRIAL DATE

THIS MATTER came before the Court upon Defendant's Unopposed Motion to Accelerate Trial Date (D.E. #24), filed on 4/20/2009.  After careful review and being fully advised in the premises thereof, it is

ORDERED, ADJUDGED and DECREED that the motion be and the same is hereby Granted.  The trail date of June 29, 2009 is hereby **cancelled**.

IT IS ORDERED, ADJUDGED and DECREED as follows:

The above-styled case is hereby reset for trial at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida, for the two-week trial period commencing **June 15,  2009 at 9:00 a.m.**

**ALL PARTIES SHALL TAKE NOTICE THAT THE SCHEDULED TRIAL DATE IN THE ABOVE-STYLED CASE MAY BE SET BEYOND THE TIME LIMITS OF THE SPEEDY TRIAL ACT.  THE**

**<u>COURT SHALL DEEM SPEEDY TRIAL TO BE WAIVED UNLESS THE PARTIES OTHERWISE NOTIFY THE COURT WITHIN TEN (10) DAYS AFTER RECEIPT OF THIS ORDER THAT THEY OBJECT TO THIS TRIAL DATE AND INSIST, IN WRITING, ON A TRIAL DATE WITHIN THE SPEEDY TRIAL ACT DEADLINES.</u>**

In order to make sure that cases set on this calendar are completely ready for trial and that all matters which might be a cause of delay of the trial such as pending motions, scheduling of out-of-town witnesses, request for continuances, etc., have been ruled upon, the court hereby schedules a calendar call for **June 11, 2009, at 2:00 p.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida. **The U.S. Marshal shall have all Defendants in custody present in court at the 2:00 p.m. commencement of this calendar call. Defendants on bond will be required to be present with their counsel at this calendar call.** Should the defendant wish to enter a plea of guilty and not proceed to trial, this matter will be heard at the calendar call. Both counsel and defendant shall be prepared to go forward with a change of plea hearing at that time.

The Assistant United States Attorney shall notify defense counsel and each defendant of this trial date as soon as each defendant is arrested and obtains counsel.

Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date

2

set, has priority over the services of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F.2d 451 (llth Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above.  If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial schedule setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict scheduling free for this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida,  this 21st day of April, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    Dan Bernstein, AUSA
       Stewart Abrams, AFPD
       Pretrial Services
       U.S. Marshal
       Court Interpreter (Spanish)

3