PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 99191

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:09-20077-CR-KING(s)-1

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Ramon Santos

Name of Sentencing Judicial Officer: The Honorable James Lawrence King, United States District Judge, Miami, Florida

Date of Original Sentence: October 29, 2009

| | |
|---|---|
| Original Offense: | Count 1: Conspiracy to Commit Health Care Fraud, 18 U.S.C. § 1349, a Class C felony |
| | Counts 5, 7, 8, and 10: Health Care Fraud, 18 U.S.C. § 1347, a Class C felony |
| | Count 13: Conspiracy to Commit Health Care Fraud, 18 U.S.C. § 1349, a Class C felony |
| | Count 24: Obstruction of Justice, 18 U.S.C. § 1503, a Class C felony |
| Original Sentence: | One hundred and eight months custody of the Bureau of Prisons followed by three (3) years supervised release, $700.00 special assessment, and $1,230,724.00 restitution, joint and severall. Special conditions include the defendant shall: 1) provide complete access to financial information; 2) not own, directly or indirectly, or be employed, directly or indirectly, in any health care business or service, which submits claims to any private or government insurance company, without the Court's approval; 3) not apply for, solicit, or incur any further debt; and 4) relinquish his license to the appropriate regulatory agency. |
| | **March 10, 2011:** Judgment in a Criminal Case on Mandate issued. |
| | **August 17, 2017:** Conditions of supervised release modified to include the defendant shall pay restitution at the rate of $25.00 per month until such time as the Court may alter that payment schedule in the interest of justice. Upon securing employment, the defendant will begin making restitution payments in the amount of 10% of his gross earnings. The United States Probation Office and United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay. |

Type of Supervision: Supervised Release     Date Supervision Commenced: December 1, 2016

PROB 12B                                                                                                                                   SD/FL PACTS No. 99191
(SD/FL 9/96)

## PETITIONING THE COURT

☐        To extend the term of supervision for _____ years, for a total term of _____ years.
☒        To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $25.00 per month until such time as the Court may alter that payment schedule in the interest of justice.**

### CAUSE

The defendant was ordered to make restitution in the sum of $1,230,724.00. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. Based on this information, it was determined the defendant will be able to pay $25.00 per month towards restitution.

On December 1, 2016, the defendant was released from the custody of the Bureau of Prisons and began his term of supervised release. Due to his immigration status, the defendant is required to obtain his Employment Authorization Document prior to securing employment. On February 23, 2017, he submitted an application for work authorization to Immigration and Customs Enforcement, which he later received on June 14, 2017. The defendant remains unemployed despite his job search efforts, and is financially supported by his wife. To date, he has paid $1,300.00 towards his financial obligations.

On August 16, 2017, a request to modify the conditions of supervision with consent of the offender was submitted to Your Honor, establishing the defendant shall pay restitution at the rate of $25.00 per month until such time as the Court may alter that payment schedule in the interest of justice. It additionally indicated that upon securing employment, the defendant will begin making restitution payments in the amount of 10% of his gross earnings. Your Honor was in agreement with this recommendation, and signed the modification on August 17, 2017.

It has been determined the language in the previous modification could impart a considerable financial stress on the defendant should he be unable to meet the 10% gross requirement once employed. Therefore, it is requested the language be modified, setting payment at $25.00, until such time as the Court may alter that payment schedule in the interest of justice.

The defendant was presented with this information and concurred with our assessment, consequently voluntarily signing the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution payments at $25.00 per month which will commence in January 2018, and every month thereafter.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 99191

**RECOMMENDATION:**

    As such, it is respectfully recommended Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $25.00 per month.

by:  
Respectfully submitted,

*[signature]*

Jennifer Rosenberg  
United States Probation Officer  
Office: (305) 523-5349  
Cellular: (305) 496-9388  
Date: December 7, 2017

Tiwanna L. Johnson  
Dec 7 2017 3:19 PM

---

THE COURT ORDERS:  
☐ No Action  
☒ The Modification of Conditions as Noted Above  
☐ Submit a Request for ☐ Warrant or ☐ Summons

*[signature]*  
Signature of Judicial Officer

12-15-'17  
Date